UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY McCRARY,

    Petitioner,

                                                      Case No. 4:03-cv-177

v

                                                      Hon. Wendell A. Miles

JOHN CASON, Warden,

    Respondent.

_____/

## JUDGMENT

The petition for habeas corpus is denied.

Entered this 20th day of December, 2006.

                                                      /s/ Wendell A. Miles
                                                    Wendell A. Miles, Senior Judge